**Order entered September 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00706-CV

### SAMUEL T. RUSSELL, Appellant

### V.

### DALLAS INDEPENDENT SCHOOL DISTRICT DALLAS COUNTY, TX, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02493**

## ORDER

The reporter's record in this appeal is past due. By postcard dated July 17, 2019, we notified Vielica Dobbins, Official Court Reporter for the 193rd Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, Ms. Dobbins has failed to comply with the Court's order.

Accordingly, we **ORDER** Vielica Dobbins to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record. *We notify appellant that if we receive verification he has not requested the reporter's record or paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Bridgett N. Whitmore
Presiding Judge
193rd Judicial District Court

Vielica Dobbins
Official Court Reporter
193rd Judicial District Court

All parties

/s/     BILL WHITEHILL
         JUSTICE